UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

AMERICAN CUSTOMER
SATISFACTION INDEX, LLC,

       Plaintiff,

v.

GENESYS TELECOMMUNICATIONS
LABORATORIES, INC., *et al*,

       Defendants.

Case No. 17-cv-12554
Hon. Matthew F. Leitman

_____/

## ORDER GRANTING DEFENDANT GENESYS TELECOMMUNICATIONS LABORATORIES, INC.'S MOTIONS (1) FOR JUDGMENT ON THE PLEADINGS WITH RESPECT TO COUNT I OF PLAINTIFF'S COMPLAINT (ECF ## 31, 32) AND (2) TO EXTEND THE DEADLINE TO ADD PARTIES (ECF #37)

On March 1, 2018, Defendant Genesys Telecommunications Laboratories, Inc. filed a motion for judgment on the pleadings with respect to Count I of Plaintiff American Customer Satisfaction Index, LLC's ("ACSI") Complaint. (*See* ECF ## 31, 32.) On March 9, 2018, Genesys filed a motion to extend the time to add additional parties to this action. (*See* ECF #37). The Court held a hearing on both motions on May 31, 2018.

1

For the reasons stated on the record during the May 31, 2018, hearing, Genesys's motions (ECF ## 31, 32, 37) are **GRANTED**.  Genesys shall file an Amended Third Party Complaint within 10 days of this Order.

**IT IS SO ORDERED**.

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated:  May 31, 2018


I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on May 31, 2018, by electronic means and/or ordinary mail.

s/Holly A. Monda
Case Manager
(810) 341-9764