UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

AMERICAN CUSTOMER
SATISFACTION INDEX, LLC,

    Plaintiff,

v.

GENESYS TELECOMMUNICATIONS
LABORATORIES, INC., *et al*,

    Defendants/Third-Party Plaintiffs

v.

CFI GROUP U.S.A., LLC

    Third-Party Defendant.

Case No. 17-cv-12554
Hon. Matthew F. Leitman

_____/

## ORDER DENYING THIRD-PARTY DEFENDANT'S MOTION FOR RECONSIDERATION (ECF #74)

On February 20, 2019, the Court entered an Opinion and Order that granted in part and denied in part Third-Party Defendant CFI Group U.S.A., LLC's motion to dismiss. (*See* Opinion and Order, ECF #73.) CFI Group has now filed a timely motion for reconsideration of the Court's Opinion and Order. (*See* Mot. for Reconsideration, ECF #74.) In the motion, CFI Group asks the Court to clarify certain portions of the Opinion and Order. (*See id.*)

1

The Court has carefully reviewed the Opinion and Order and does not believe that further clarification of the opinion is necessary. Accordingly, the Court **DENIES** CFI Group's motion for reconsideration.

**IT IS SO ORDERED**.

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated: April 2, 2019

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on April 2, 2019, by electronic means and/or ordinary mail.

s/Holly A. Monda
Case Manager
(810) 341-9764