UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

AMERICAN CUSTOMER
SATISFACTION INDEX, LLC,

      Plaintiff,

v.

GENESYS TELECOMMUNICATIONS
LABORATORIES, Inc. et al,

      Defendants and Third Party
      Plaintiffs,

v.

CFI GROUP USA, LLC,

      Third Party Defendant.

Case No. 17-cv-12554
Hon. Matthew F. Leitman

---

**ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION TO WITHDRAW ITS MOTIONS FOR SUMMARY JUDGMENT (DKT. #97 AND DKT. #98) AND TO REFILE THEM WITH FORMATTING IN <u>COMPLIANCE WITH LOCAL RULE 5.1.</u>**

Upon review and consideration of Defendant's Unopposed Motion to Withdraw its Motions for Summary Judgment (Dkt. #97 and Dkt. #98) and to Refile Them with Formatting in Compliance with Local Rule 5.1 (the "Unopposed Motion"), the Court GRANTS the Unopposed Motion.

**IT IS HEREBY ORDERED** that Defendant's motions for summary judgment filed on April 28, 2020, as well as their accompanying exhibits (Dkt. ##97 & 97_1 to 97_4; Dkt. ##98 & 98_1 to 98_5) are hereby withdrawn. Defendant is

1

granted leave to refile corrected versions of its summary judgment motions with formatting that complies with Local Rule 5.1(a)(2) and the agreed page limits.

**IT IS SO ORDERED.**

/s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated: May 6, 2020

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on May 6, 2020, by electronic means and/or ordinary mail.

s/Holly A. Monda
Case Manager
(810) 341-9764