UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

AMERICAN CUSTOMER
SATISFACTION INDEX, LLC,

      Plaintiff,

v.

GENESYS TELECOMMUNICATIONS
LABORATORIES, INC., *et al*,

      Defendants/Third-Party Plaintiffs

v.

CFI GROUP U.S.A., LLC

      Third-Party Defendant.

Case No. 17-cv-12554
Hon. Matthew F. Leitman

_____/

### ORDER REQUIRING THE PARTIES TO ATTEND MEDIATION SESSION(S) WITH THE HONORABLE GERALD E. ROSEN

On October 27, 2020, the Court held an on-the-record video status conference in this action to discuss the possibility of referring this action to the Hon. Gerald E. Rosen (Ret.) for a mediation. The Court explained that given the number of parties and the complexity of the claims involved in this matter, it believed that the mediation would only be productive if at least one attorney and one client representative with full settlement authority for each party attended the mediation in

1

person.[1] However, given the COVID-19 pandemic, the Court also indicated that it would not require the parties to attend an in person mediation at this time and that the mediation could be delayed if counsel and/or their client(s) did not feel comfortable attending in person.

All counsel have now informed the Court that at least one attorney and one client representative from each party have consented to attend an in-person mediation with Judge Rosen. If Judge Rosen concludes that he can hold such a mediation in person, with appropriate social distancing and other safety precautions, the mediation should take place as soon as practicable given the schedules of Judge Rosen, counsel, and the parties. The parties shall jointly contact Judge Rosen to schedule the mediation.

**IT IS SO ORDERED**.

Dated: October 30, 2020

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on October 30, 2020, by electronic means and/or ordinary mail.

s/Holly A. Monda
Case Manager
(810) 341-9764

---

[1] Additional counsel who do not attend the mediation session(s) in person may attend by phone or by video.