UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

AMERICAN CUSTOMER
SATISFACTION INDEX, LLC,

      Plaintiff,

v.

GENESYS TELECOMMUNICATIONS
LABORATORIES, INC., *et al*,

      Defendants/Third-Party Plaintiffs

v.

CFI GROUP U.S.A., LLC

      Third-Party Defendant.

Case No. 17-cv-12554
Hon. Matthew F. Leitman

_____/

### ORDER TERMINATING ALL PENDING MOTIONS (ECF Nos. 92, 93, 94, 95, 96, 103, 104, AND 126) WITHOUT PREJUDICE

On October 30, 2020, the Court issued an order requiring the parties to attend a mediation with the former Chief Judge of this Court, the Hon. Gerald E. Rosen (Ret.). Judge Rosen has recently informed the Court that the parties have reached a global resolution and are in the process of drafting formal settlement documents that will conclude this litigation. Accordingly, the Court will **TERMINATE** all pending motions in this action **WITHOUT PREJUDICE**. (*See* Mots., ECF Nos. 92, 93, 94,

1

95, 96, 103, 104, and 126). Should the settlement not be completed, the parties may renew their motions.

**IT IS SO ORDERED**.

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated: February 19, 2021

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on February 19, 2021, by electronic means and/or ordinary mail.

s/Holly A. Monda
Case Manager
(810) 341-9764